

# BEVERLY CRUMLEY  HAYS COUNTY DISTRICT CLERK

Hays County Government Center, 712 Stagecoach Trail, Ste. 2211, San Marcos, Texas  78666
(512) 393-7660

## APPEAL STATUS NOTICE
### Re:  Clerk's Record

Trial Court Cause # 14-1456

Appellate Court Cause #03-15-00224-CV

JEFFREY ANDERSON AND CYNTHIA ANDERSON VS. NAMKEN CONSTRUCTION, INC. AND BRANDON NAMKEN

Please be advised that we have calculated the due date for filing the clerk's record to be May 15, 2015 for the following reason(s):

The judgment was entered November 5, 2014 and Notice of Appeal was filed April 15, 2015
> AND
>
> ☐    A Motion for New Trial was filed within 30 days.
>
> ☐    Request for Findings of Fact and Conclusions of Law was filed within 20 days.

I am unable to file the record by the due date as calculated above because (select one):

☑    the appellant has not filed a written request for the preparation of the clerk's record and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing the clerk's record.

I, BEVERLY CRUMLEY, Clerk of the District Courts in and for Hays County, do hereby certify the above and foregoing to be an accurate statement of the current status of the appeal in the above entitled cause up to this date.

GIVEN UNDER MY HAND AND OFFICIAL SEAL of office this 2nd day of June, 2015.

BEVERLY CRUMLEY
Hays County District Clerk

By: _____
Deputy